**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROBERT HORTON** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION** |
| | § | **NO.:** 1:19-CV-00824 |
| **GIGG EXPRESS, INC. and** | § | |
| **KALIA MAHESH** | § | |

**DEFENDANT KALIA MAHESH'S NOTICE OF REMOVAL**

To the Honorable Judges of the United States District Court for the Western District of Texas, Defendant Kalia Mahesh hereby files this Notice of Removal in the above-entitled cause, and in support thereof would show as follows:

## I. INTRODUCTION

1. Kalia Mahesh ("Mahesh") is a Defendant in a civil action brought on June 11, 2019, in the 53rd Judicial District Court of Travis County Texas, entitled *Robert Horton v. Gigg Express, Inc. and Kalia Mahesh;* Cause No. D-1-GN-19-003322. A copy of the citation and petition in that action is attached as Exhibit 1.

2. The citation and petition in this action were mailed to Mahesh on or before July 21, 2019 and received by Mahesh on July 30, 2019. On August 12, 2018, Mahesh filed his original answer. *See* Exhibit 6. This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).

## II. GROUNDS FOR REMOVAL

3. The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that every defendant is now and was at the

time the action was commenced diverse in citizenship from every plaintiff. No defendant is or was at the time the suit was commenced a citizen of the State of Texas.

4. Plaintiff Robert Horton is an individual residing in Travis County, Texas.

5. Defendant Kalia Mahesh is an individual residing in Brampton, Ontario, Canada. Mahesh is now and was at the time this action was commenced a citizen of Canada.

6. Gigg Express, Inc ("Gigg Express"), a defendant, is a corporation incorporated under the laws of Ontario, Canada, having its principal place of business now and at the time this action was commenced at 5355 Creekbank Road, Mississauga, Ontario, Canada L4W 5L5. Gigg Express is now and was at the time this action was commenced a citizen of Canada.

7. By virtue of Plaintiff's Original Petition, the amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.)

8. It is well settled that a Defendant can demonstrate that the amount in controversy is greater than $75,000 if "it is apparent from the face of the petition that the claims are likely to exceed $75,000." *See Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2000). Furthermore, "the proper procedure is to [initially] only look at the face of the complaint and ask whether the amount in controversy [is] likely to exceed [$75,000]." *See Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1336 (5th Cir. 1995).

9. The amount in controversy is greater than $75,000 because Plaintiff's Original Petition, attached to this notice, states claims against defendants for an amount over $1,000,000.

10. Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendants are diverse in citizenship.

11. Co-defendant Gigg Express, Inc. has filed an answer in this matter, attached as Exhibit 8. Co-Defendant Gigg Express, Inc. consents to removal of this case and indicates its consent by signing this notice of removal.

12. Pursuant to 28 U.S.C. § 1446(a), Defendant is attaching copies of all pleadings and Orders in the state court action as Exhibits 1-8.

13. Concurrent with the filing of this Notice of Removal, Defendant is giving written notice of the Notice of Removal to the District Court of Travis County, Texas.

## III. CONCLUSION

Defendant Kalia Mahesh has established his right to removal. Defendant Kalia Mahesh therefore requests this Court issue an order confirming its jurisdiction, and all other relief just and appropriate under the circumstances.

Respectfully submitted on August 20, 2019,

**WILSON ELSER, LLP**

By: */s/ Michael Beckelman*
Michael Beckelman – Attorney-in-Charge
State Bar No. 24042401
michael.beckelman@wilsonelser.com
909 Fannin Street, Suite 300
Houston, Texas 77010
Telephone: (713) 353-2000
Telecopier: (713) 785-7780

**ATTORNEY FOR KALIA MAHESH AND GIGG EXPRESS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 20th day of August, 2019.

Gwen Tipton
THE LAW OFFICES OF THOMAS J. HENRY
5711 University Heights Blvd., Suite 101
San Antonio, Texas 78249
Phone: (210) 656-1000
Fax: (361) 985-0601
gtipton-svc@thomasjhenrylaw.com

/S/Michael Beckelman___
Michael Beckelman